```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AVISHAI ABRAHAMI,

                        Plaintiff,

          -against-

MEISTER SEELIG & FEIN LLP and  DANIEL J. DWYER,

                      Defendants.
-----------------------------------------------------------------X

21-CV-10203 (AKH) (KHP)

ORDER RESCHEDULING CASE
MANAGEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The Case Management conference in this matter scheduled for Monday, October 3, 2022 at 4:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, October 3, 2022 at 2:00 p.m.**

                    SO ORDERED.

DATED:    New York, New York
                September 28, 2022

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge