USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AVISHAI ABRAHAMI,

                        Plaintiff,

          -against-

MEISTER SEELIG & FEIN LLP and  DANIEL J. DWYER,

                        Defendants.
----------------------------------------------------------------X

21-CV-10203 (JFK) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed during the case management conference on October 3, 2022, all of the discovery deadlines are extended by 30 days. The deadline for joinder of parties is **Wednesday, November 30, 2022**. All depositions shall be complete by **Monday, January 30, 2023**. All Fact Discovery is extended to **Thursday, March 2, 2023**, and all Expert Discovery is extended to **May 31, 2023**.

      Additionally, the Case Management conference in this matter previously scheduled for Thursday, November 10, 2022 at 12:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is rescheduled to **Tuesday, November 15, 2022 at 3:15 p.m.**

      **SO ORDERED.**

DATED:    New York, New York
              October 5, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge