```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AVISHAI ABRAHAMI,

                Plaintiff,

     -against-

MEISTER SEELIG & FEIN LLP and DANIEL J. DWYER,

                Defendants.
-----------------------------------------------------------------X

21-CV-10203 (JFK) (KHP)

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The Case Management conference in this matter scheduled for Thursday, December 8, 2022 at 12:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, December 5, 2022 at 11:00 a.m.**

    SO ORDERED.

DATED:    New York, New York
             October 24, 2022

                                                      */s/ Katharine H. Parker*
                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge