# Zeichner Ellman & Krause LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

MICHAEL E. SIMS
(212) 826-5328
msims@zeklaw.com

WWW.ZEKLAW.COM

October 25, 2022

**BY ECF**

Hon. Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

**Re: Abrahami v. Meister Seelig & Fein LLP, No. 21-cv-10203 (AKH)(KHP)**

Dear Magistrate Judge Parker,

We represent plaintiff Avishai Abrahami in this action. We write to inform the Court that the parties have resolved the issue raised by the motion to compel [Docket No. 60]. Mr. Abrahami's deposition will proceed on November 2, as scheduled. Therefore, we withdraw the motion.

Respectfully submitted,

/s/ Michael E. Sims

Michael E. Sims

Cc: All Counsel (By ECF)

4855-6963-7435, v. 1

> In light of Counsel's update, the Court's order at ECF No. 62 is moot and no additional letter from the Defendant is necessary.

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   10/27/2022

NEW YORK | CONNECTICUT | NEW JERSEY | VIRGINIA | WASHINGTON, D.C. | TEL AVIV