UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AVISHAI ABRAHAMI,

                Plaintiff,

-against-

MEISTER SEELIG & FEIN LLP and DANIEL J. DWYER,

                Defendants.
-----------------------------------------------------------------X

21-CV-10203 (JFK) (KHP)

ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during the case management conference on November 15, 2022, the deadline for joinder is extended to **January 31, 2023**. Plaintiff's counsel is directed to produce the Monroe Capital deposition transcript.

The parties are directed to meet and confer regarding disputes over Plaintiff's privilege log by **November 30, 2022**. Any remaining privilege issues after the meet and confer should be briefed in the Motion to Compel. The deadline to file the Motion to Compel is **December 9, 2022**, and the deadline to respond is **December 30, 2022**.

SO ORDERED.

DATED:    New York, New York
             November 16, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge