```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AVISHAI ABRAHAMI,

                 Plaintiff,

     -against-

MEISTER SEELIG & FEIN LLP and DANIEL J. DWYER,

                 Defendants.
-----------------------------------------------------------------X

21-CV-10203 (JFK) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    As discussed during the case management conference on January 12, 2023, the deadline for joinder is extended to **February 15, 2023**. The deadline for depositions is **March 2, 2023**.

**By January 19, 2023**, the Plaintiff shall email chambers with the documents that are the subject of the Defendants' Motion to Compel (ECF No. 74) for an in-camera review.

The case management conference scheduled for February 9, 2023 at 10:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, February 27, 2023 at 12:00 p.m.**

                 SO ORDERED.

DATED:    New York, New York
             January 17, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge