```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AVISHAI ABRAHAMI,

                        Plaintiff,                    21-CV-10203 (JFK) (KHP)

        -against-                                         **ORDER**

MEISTER SEELIG & FEIN LLP and  DANIEL J. DWYER,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A previous order (ECF No. 85) incorrectly stated that the Plaintiff shall email a truncated version of the privilege log by January 21, 2023.  The Plaintiff is instead ordered to file the truncated version by **January 31, 2023**.

                      **SO ORDERED.**

DATED:     New York, New York
                January 30, 2023

                                                      _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge