**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
AVISHAI ABRAHAMI,

                              Plaintiff,

          -against-

MEISTER SEELIG & FEIN LLP and DANIEL J. DWYER,

                             Defendants.
------------------------------------------------------------------X

21-CV-10203 (AKH) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    As discussed in the February 27, 2023 conference, discovery is stayed for 90 days from the date the third-party complaint was filed until **May 16, 2023** to allow for service on the joined parties. (ECF No. 90.)

                    **SO ORDERED.**

DATED:    New York, New York
               February 27, 2023

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge