ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

MICHAEL E. SIMS
(212) 826-5328
msims@zeklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/08/2023

March 8, 2023

**BY ECF**

Hon. Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.
03/08/2023

Re:  **Avishai Abrahami v. Meister Seelig & Fein LLP and Daniel J. Dwyer, Docket No. 21-cv-10203 (AKH)(KHP)**

Dear Magistrate Judge Parker,

Given the Court's Order staying discovery until May 16, 2023 (Doc. 110), the parties request that the March 9, 2023 status conference be cancelled.

Respectfully Submitted,

ZEICHNER ELLMAN & KRAUSE LLP          ROSENFELD & KAPLAN, LLP

By:  /s/  Michael E. Sims                          By:  /s/  Tab K. Rosenfeld
   Stuart A. Krause                                        Tab K. Rosenfeld
   Michael E. Sims                                         1180 Avenue of the Americas
   Bruce Goodman                                           New York, New York 10036
   1211 Avenue of the Americas                             tab@rosenfeldlaw.com
   New York, New York 10036                                (212) 682-1400
   skrause@zeklaw.com
   msims@zeklaw.com                                        and
   (212) 223-0400

*Attorneys for Plaintiff Avishai Abrahami*

                                                TRAUB LIEBERMAN STRAUS &
                                                SHREWSBERRY LLP

NEW YORK  |  CONNECTICUT  |  NEW JERSEY  |  VIRGINIA  |  WASHINGTON, D.C.  |  TEL AVIV

Z<small>EICHNER</small> E<small>LLMAN</small> & K<small>RAUSE</small> LLP

Hon. Katherine H. Parker
March 8, 2023
Page 2

        J. Patrick Carley, III, Esq.
        Seven Skyline Drive
        Hawthorne, New York 10532
        pcarley@tlsslaw.com
        914-347-2600

*Attorneys for Defendants Meister Seelig & Fein LLP & Daniel J. Dwyer*