

**SDK HEIBERGER**
ATTORNEYS AT LAW

www.sdkhlaw.com
212-532-0500 • 917-351-13..

205 East 42nd Street, 6th Flo..
475 Port Washington Boulevard, Port Washington, NY 11050

| Partners: | Steven B. Sperber | Jacqueline Handel-Harbour | Associates: | Allison Essner | Brianna Neyland |
| | Jamie Heiberger Harrison | Ross Gilmore | | Anna Zhou | Areni Shahinian |
| | Eric H. Kahan | | | Ivy Alexander | Helen Kim |
| | | | | Dane Marrow | Kemar Hart, JD |
| | | | | | Jacqueline Broderick, JD |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/24/2023
```

**MEMO ENDORSED**

April 24, 2023

*via ECF:*

HON. KATHERINE H. PARKER
*United States Magistrate Judge*
*Daniel Patrick Moynihan Courthouse*
500 Pearl Street, Courtroom 17D
New York, New York 10007

> **APPLICATION GRANTED:** The Case Management Conference scheduled on Wednesday, May 17, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, May 8, 2023 at 11:45 a.m.</u>
>
> **APPLICATION GRANTED**
>
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 04/24/2023

Re:   *Avishai Abrahami v. Meister Seelig & Fein LLP and Daniel J. Dwyer*
      *Docket No. 21-cv-10203 (AKH)(KHP)*

Your Honor:

      This firm represents Elez Menachem, Third-Party Defendant, in this matter. We are actually engaged in a State Court ordered Mediation that is scheduled for the same time as the Case Management Conference on May 17, 2023, at 2:00p.m. The Mediation is on for the third round with the Mediator, who is retiring at the end of the month and, as such, cannot be rescheduled. As such, it is requested that a different date be provided, possibly the week before or after instead.

      Thank you.

Respectfully yours,

SDK HEIBERGER, LLP

By:_____
    STEVEN B. SPERBER

SBS/sw