# ROSENFELD & KAPLAN, L.L.P.
(A Limited Liability Partnership Including Professional Corporations)

Attorneys at Law

1180 Avenue of the Americas

Suite 1920

New York, New York 10036

WEBSITE: HTTP//WWW.ROSENFELDLAW.COM  
E-MAIL:    TAB@ROSENFELDLAW.COM

TEL:(212) 682-1400  
FAX:(212) 682-1100

April 24, 2023

**VIA ECF**

Hon. Katherine H. Parker  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl St., Courtroom 17D  
New York, New York 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 4/25/2023

   Re: **Abrahami v. Meister Seelig & Fein LLP and Daniel J. Dwyer**  
      **Docket No.: 21-cv-10203 (AKH)(KHP)**

Dear Judge Parker:

  As your Honor is aware, we are co-counsel for the defendants in the above-referenced action. I am in receipt of your order (ECF No. 143) rescheduling the May 17, 2023 case management conference for May 8, 2023 at 11:45 a.m. Unfortunately, I will be out of the country from May 5th to May 13th. I, therefore, respectfully request that the conference be adjourned to allow for my attendance. For planning purposes, I am also unavailable on May 17th for a long scheduled mediation and I have a two-day trial in Upstate New York on May 23rd and 24rd.

  Thank you for your attention and consideration.

                  Respectfully submitted,

                  Tab K. Rosenfeld

Cc: All Counsel of Record (via ECF)

SO ORDERED:  
*Katharine H. Parker*  
HON. KATHARINE H. PARKER  
UNITED STATES MAGISTRATE JUDGE  
4/25/2023

The case management conference scheduled for **May 8, 2023 at 11:45 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is rescheduled to **June 29, 2023 at 10:00 a.m.**