# ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

Eleven Times Square  212.223.6700
New York, New York  10036  212.223.6433 *fax*

www.zukermangore.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023

June 23, 2023

**MEMO ENDORSED**

**APPLICATION GRANTED:** The case management conference scheduled for Thursday, June 29, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is rescheduled to <u>Tuesday, August 8, 2023 at 11:15 a.m.</u>

APPLICATION GRANTED

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.

06/23/2023

BY ECF FILING

Hon. Katherine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, N.Y. 10007

Re:  Abrahami v. Meister Seelig & Fein and Daniel J. Dwyer
     21 CV-10203 (AKH)(KHP)

Dear Judge Parker:

With the consent of counsel for all of the parties, we write to respectfully request a 30-day adjournment of all matters involving third-party defendants Holland & Knight, LLP and Sean Garahan (collectively, "H&K"), due to the passing of Ted Poretz, who was H&K's lead counsel.

With the additional time, H&K's deadline to file its motion to dismiss the third-party complaint of Meister Seelig & Fein LLP and Daniel J. Dwyer would be extended from June 28 until July 28, 2023. Also, the case management conference scheduled for next Thursday, June 29, would be adjourned until a date on or about July 31 that is available for the Court and all counsel.

We sincerely appreciate the courtesies extended by all counsel and the Court.

Respectfully,

*/s/ Frank C. Welzer*

Frank C. Welzer

cc:  All Counsel (by ECF)