USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2023

# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7049  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

J. Patrick Carley, III  |  Partner  |  pcarley@tlsslaw.com

August 7, 2023

**VIA ECF**

Hon. Katherine H. Parker
Daniel Patrick Moynihan Courthouse
500 Pearl St., Courtroom 17D
New York, New York 10007

> **APPLICATION GRANTED:** The Case Management Conference currently scheduled for August 8, 2023 is hereby adjourned sine die.
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 08/07/2023

Re:   Matter:   *Avishai Abrahami v. Meister Seelig & Fein LLP, et al.*
       Court:    United States District Court, Southern District of New York
       Docket No.:   21-cv-10203 (AKH)(KHP)

Dear Magistrate Judge Parker:

   Defendants Meister Seelig & Fein LLP and Daniel J. Dwyer (hereinafter, collectively "defendants") and plaintiff Avishai Abrahami ("plaintiff") jointly submit this letter to request that the Court cancel the status conference scheduled for August 8, 2023, at 11:15 AM, because the parties have resolved the matter to their satisfaction and filed stipulations of dismissal for both the first- and third-party actions.

   On July 14, 2023, the third-party action was dismissed, when Judge Hellerstein So-Ordered the defendants' Notice of Dismissal of Third-Party Action (ECF No. 183). Thereafter, on August 1, 2023, plaintiff and defendants filed a Stipulation of Voluntary Dismissal dismissing the first-party action (ECF No. 185). The Stipulation was subsequently referred by the Clerk to Judge Hellerstein for approval. The parties anticipate that Judge Hellerstein will So-Order the Stipulation in the near future, thereby disposing of the remaining claims in this case and eliminating the need for a status conference.

   Respectfully Submitted,

ZEICHNER ELLMAN & KRAUSE LLP        TRAUB LIBERMAN STRAUS &
                                     SHREWSBERRY LLP

By: _Michael E. Sims_____   By: _J. Patrick Carley, III_____
Michael E. Sims, Esq.                 J. Patrick Carley, III

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
www.traublieberman.com   CALIFORNIA

Hon. Katherine H. Parker
August 7, 2023
Page 2

Stuart A. Krause, Esq.
1211 Avenue of the Americas, 40th Floor
New York, New York 10036
msims@zeklaw.com
skrause@zeklaw.com
212-826-4300

*Attorneys for Plaintiff Avishai Abrahami*

Seven Skyline Drive
Hawthorne, New York 10532
pcarley@tlsslaw.com
914-347-2600

and

ROSENFELD & KAPLAN, LLP
Tab K. Rosenfeld, Esq.
1180 Avenue of the Americas
New York, New York 10036
tab@rosenfeldlaw.com
212-682-1400

*Attorneys for Defendants Meister Seelig & Fein LLP and Daniel J. Dwyer*