UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
AVISHAI ABRAHAMI,

                      Plaintiff,

    -against-

MEISTER SEELIG & FEIN LLP and DANIEL J. DWYER,

                      Defendant.

-------------------------------------------------------------- x

MEISTER SEELIG & FEIN LLP and DANIEL J. DWYER,

                      Third-Party Plaintiffs,

    -against-

HOLLAND & KNIGHT LLP, SEAN M. GARAHAN, SEYFARTH SHAW LLP, SHACHAR SHIMONY, MAXIM FILANOVSKY, ELEZ MENACHEM, and OHAD SHATAY AVITAL,

                      Third-Party Defendants.

-------------------------------------------------------------- x

**ORDER ENDORSING DISMISSAL STIPULATIONS**

21 Civ. 10203 (AKH)(KHP)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Because the parties stipulated to the dismissal of the complaint, counterclaim, and third-party action through stipulations in ECF Nos. 183 and 185, both stipulations are so ordered. The clerk shall close the file and terminate all open motions.

    SO ORDERED.

Dated:    August 7, 2023                                          /s/
              New York, New York               ALVIN K. HELLERSTEIN
                                                             United States District Judge